# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

SUSAN V. KLAT

                **V.**   **JUDGMENT IN A CIVIL CASE**

MITCHELL REPAIR INFORMATION
COMPANY, LLC and SNAP-ON, INC.

                **CASE NUMBER:**   08 CV 1907 JM (CAB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court adopts the Report and Recommendation in its entirety. Accordingly, the action is hereby dismissed with prejudice.................................................................................................................................
..............................................................................................................................................................................

| July 14, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON July 14, 2009

08cv1907-JM(CAB)